BECKI D. GRAHAM, State Bar No. 238010
becki.graham@ogletreedeakins.com
DANIELLE A. HINTON, SBN 273469
danielle.hinton@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:   415.442.4810
Facsimile:    415.442.4870

Attorneys for Defendant
BRINK'S, INCORPORATED

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLER ANDERSON,<br><br>            Plaintiff,<br><br>      v.<br><br>BRINK'S, INCORPORATED, a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>            Defendants. | Case No. 2:15-cv-02702-MCE-CKD<br><br>**STIPULATION AND REQUEST TO CONTINUE HEARING DATE ON DEFENDANT'S MOTION TO STAY [DOCKET NO. 13]; AND ORDER**<br><br>Judge:     Hon. Morrison C. England, Jr.<br><br>Complaint Filed:  December 30, 2015<br>Trial Date:            None Set |

**STIPULATION**

WHEREAS, on March 25, 2016, Defendant Brink's Inc. filed a Motion to Stay (Docket No. 13, 13-1, 13-2, 13-3) in this action pending the Supreme Court's decision in *Spokeo, Inc. v. Robbins*, No. 13-1339 (U.S. April 27, 2015) (hereinafter "*Spokeo*").  See Docket No. 13.

WHEREAS, the hearing on this Motion is set for May 5, 2016 at 2:00 p.m. in Courtroom 7, Plaintiff's response is due no later than April 21, 2016, and Defendant's reply is due no later than April 28, 2016;

WHEREAS, the Supreme Court may issue a decision in *Spokeo* by the end of its session in June 2016;

WHEREAS, the Parties have therefore agreed to continue the hearing on Defendant's Motion to Stay until July 2016;

WHEREAS, the Parties have further agreed to stay discovery and the exchange of initial disclosures until after the hearing date on Defendant's Motion to Stay.  If the Supreme Court issues a decision in *Spokeo* before the July 2016 hearing date, the Parties have agreed that they will promptly meet and confer regarding the impact of the decision on the instant case and the applicability of the pending motion.

WHEREAS, good cause exists to continue the hearing to July 2016, as well as the current briefing schedule, to conserve party and judicial resources that may be unnecessary depending on the Court's decision in *Spokeo*;

THEREFORE, the Parties hereby stipulate and request that the hearing date on Defendant's Motion to Stay be continued to July 28, 2016 at 2:00 p.m. in Courtroom 7.  Plaintiff's opposition shall be due no later than July 14, 2016.  Defendant's reply shall be due no later than July 21, 2016.

**IT IS SO STIPULATED.**

DATED:  April 8, 2016                              BROSLAVSKY & WEINMAN, LLP


By:  /s/ Zack Proslavsky (as authorized on 4/8/16)
     ZACK BROSLAVSKY
     JONATHAN A. WEINMAN
     Attorneys for Plaintiff and the Class
     TYLER ANDERSON


DATED:  April 8, 2016                              OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By:  /s/ Becki D. Graham
     BECKI D. GRAHAM
     DANIELLE A. HINTON
     Attorneys for Defendant
     BRINK'S, INCORPORATED

## **ORDER**

Pursuant to the foregoing stipulation and good cause appearing, the hearing date on Defendant's Motion to Stay shall be continued to July 28, 2016 at 2:00 p.m. in Courtroom 7. Plaintiff's opposition shall be due no later than July 14, 2016.  Defendant's reply shall be due no later than July 21, 2016.

IT IS SO ORDERED.

**Dated:  April 12, 2016**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT