1 | Larry W. Lee (State Bar No. 228175)
lwlee@diversitylaw.com
2 | DIVERSITY LAW GROUP, P.C.
515 S. Figueroa St., Suite 1250
3 | Los Angeles, California 90071
4 | (213) 488-6555
(213) 488-6554 facsimile
5 |
6 | Dennis S. Hyun (State Bar No. 224240)
dhyun@hyunlegal.com
7 | HYUN LEGAL, APC
515 S. Figueroa St., Suite 1250
8 | Los Angeles, California 90071
(213) 488-6555
9 | (213) 488-6554 facsimile
10 | Zack Broslavsky (State Bar No. 241736)
11 | Jonathan A. Weinman (State Bar No. 256553)
BROSLAVSKY & WEINMAN, LLP
12 | 11620 Wilshire Blvd., Suite 900
Los Angeles, CA 90025
13 | (310) 575-2550
(310) 464-3550 facsimile
14 |
15 | Attorneys for Plaintiff and the Class
16 | (Counsel for Defendant on Next Page)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYLER ANDERSON, <br><br> Plaintiff, <br><br> vs. <br><br> BRINK'S, INCORPORATED, a Delaware Corporation; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. 2:15-cv-02702-MCE-CKD <br><br> **STIPULATION OF VOLUNTARY DISMISSAL OF ENTIRE ACTION; AND ORDER** <br><br> Complaint Filed: December 30, 2015 <br> Trial Date: None Set |

-1-
STIPULATION OF VOLUNTARY DISMISSAL OF ENTIRE ACTION; AND ORDER

1 | BECKI D. GRAHAM, State Bar No. 238010
becki.graham@ogletreedeakins.com
2 | SUSAN T. YE, SBN 281497
susan.ye@ogletreedeakins.com
3 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
4 | One Market Plaza
San Francisco, CA 94105
5 | Telephone: 415.442.4810
Facsimile: 415.442.4870

Attorneys for Defendant
BRINK'S, INCORPORATED

Plaintiff Tyler Anderson ("Plaintiff") and Defendant Brink's, Incorporated ("Defendant") (collectively, the "Parties") hereby stipulate as follows with reference to the following facts:

1. WHEREAS, on December 30, 2015, Plaintiff filed this individual and class action for the following causes of action: (a) Violation of §15 U.S.C. 1681b(b)(2)(A) (FAIR CREDIT REPORTING ACT); (b) Retaliation in Violation of California Labor Code § 6310; (c) Wrongful Termination in Violation of Public Policy; and (d) Intentional Infliction of Emotional Distress. The first cause of action was brought as a class and individual claim and the second through fourth causes of action were brought only on an individual basis;

2. WHEREAS, on March 25, 2016, Defendant filed a Motion to Stay ("Motion to Stay") (Dkt. No. 13, 13-1, 13-2, 13-3) in this action pending the U.S. Supreme Court's decision in *Spokeo, Inc. v. Robbins*, No. 13-1339 (U.S. April 27, 2015) (hereinafter "*Spokeo*") given that the Court was set to decide whether a plaintiff who suffered no actual harm, but sought only statutory damages has standing to pursue a cause of action for violation of the Fair Credit Reporting Act ("FCRA");

3. WHEREAS, this Court granted the Parties request and stayed this matter pending the *Spokeo* decision. (Dkt. No. 20);

4. WHEREAS, on May 16, 2016, the Supreme Court issued its opinion in the *Spokeo* case, in which the Supreme Court held that a plaintiff cannot automatically establish the injury in fact requirements of Article III standing based solely on a procedural violation of the FCRA;

5. WHEREAS, in light of the Supreme Court's decision, the Parties began negotiating for the settlement of this case and have agreed to dismiss Plaintiff's individual claims with prejudice and class claim without prejudice;

6. WHEREAS, the dismissal of the class claims without prejudice and the dismissal of Plaintiff's individual claims with prejudice will dismiss Plaintiff's Complaint in its entirety;

7. WHEREAS, the Parties agree that this Stipulation will result in the complete dismissal of the entire action; and

8. WHEREAS, the Parties agree that each side shall bear his or its own attorneys' fees and costs.

NOW, THEREFORE, the Parties hereby stipulate as follows:

1. That the first cause of action for Violation of §15 U.S.C. 1681b(b)(2)(A) (FAIR CREDIT REPORTING ACT) asserted on behalf of the class be dismissed **without prejudice**;

2. That the first through fourth causes of action for (a) Violation of §15 U.S.C. 1681b(b)(2)(A) (FAIR CREDIT REPORTING ACT); (b) Retaliation in Violation of California Labor Code § 6310; (c) Wrongful Termination in Violation of Public Policy; and (d) Intentional Infliction of Emotional Distress, asserted by Plaintiff individually be dismissed **with prejudice**;

3. Based on the foregoing, that this entire action shall be dismissed in its entirety; and

4. That each party is to bear his or its own attorneys' fees and costs.

DATED: April 18, 2017        BROSLAVSKY & WEINMAN, LLP

By: */s/ Zack Proslavsky (as authorized on 7/ /16)*
    ZACK BROSLAVSKY
    JONATHAN A. WEINMAN
    Attorneys for Plaintiff and the Class
    TYLER ANDERSON

DATED: April 18, 2017        OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Becki D. Graham*
    BECKI D. GRAHAM
    SUSAN T. YE
    Attorneys for Defendant
    BRINK'S, INCORPORATED

**ORDER**

Based on the Stipulation filed on behalf of Plaintiff Tyler Anderson ("Plaintiff") and Defendant Brink's, Incorporated ("Defendant") (collectively, the "Parties"), the Court hereby orders as follows:

1. The first cause of action for Violation of §15 U.S.C. 1681b(b)(2)(A) (FAIR CREDIT REPORTING ACT) asserted on behalf of the class is hereby DISMISSED **without prejudice**;

2. The first through fourth causes of action for (a) Violation of §15 U.S.C. 1681b(b)(2)(A) (FAIR CREDIT REPORTING ACT); (b) Retaliation in Violation of California Labor Code § 6310; (c) Wrongful Termination in Violation of Public Policy; and (d) Intentional Infliction of Emotional Distress, asserted by Plaintiff individually is hereby DISMISSED **with prejudice**;

3. Based on the foregoing, this entire action is hereby DISMISSED in its entirety; and

4. Each party is to bear his or its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: April 18, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE